IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANITA M. WHITFIELD, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-14-2047 |
| HEWLETT PACKARD COMPANY, | § § | |
| Defendant. | § § | |

## ORDER

W. D. Masterson and Kilgore & Kilgore, PLLC have moved to withdraw as counsel of record for the plaintiff, Anita Whitfield. Counsel and Ms. Whitfield must appear at the initial pretrial conference set for **February 26, 2015**, at 4:00 p.m. in Courtroom 11-B, U.S. Courthouse, 515 Rusk, Houston, Texas 77002. The motion to withdraw will be addressed at that time.

SIGNED on February 18, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge